| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |
| | | | |
| BEFORE: | JAMES ORENSTEIN | DATE: | 5/7/2015 |
| | U.S. MAGISTRATE JUDGE | TIME: | 10:30 a.m. |

*United States Equal Employment Opportunity Commission v. United Health Programs of America, Inc., et al.*
14-CV-3673 (KAM) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:    EEOC                    Thomas Lepak
                Intervenor Plaintiffs   Anthony G. Mango
                Defendants              Amy J. Traub, Adam Sullivan

SCHEDULING: The next pretrial conference will be held on August 17, 2015, at 9:30 a.m.

SUMMARY: After hearing the arguments of counsel, and for the reasons set forth on the record, I granted the plaintiffs' motions to quash the defendants' subpoenas.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge