**Verdict Form**

Court Exhibit 4A

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 27 2018 ★
BROOKLYN OFFICE

COURT'S EXHIBIT NO. 9
IDENTIFICATION/EVIDENCE
DKT.# 14-cv-3673
DATE: 4/25/18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

  -against-

UNITED HEALTH PROGRAMS OF AMERICA,
INC. and COST CONTAINMENT GROUP,
INC.,

        Defendants.
----------------------------------X
----------------------------------X   14-CV-3673 (KAM)(JO)
ELIZABETH ONTANEDA, FRANCINE
PENNISI, and FAITH PABON,

        Plaintiffs-Intervenors,

  -against-

UNITED HEALTH PROGRAMS OF AMERICA,
INC. and COST CONTAINMENT GROUP,
INC.,

        Defendants.
----------------------------------X

**VERDICT FORM**

**Verdict Form**

# VERDICT FORM

**A.  Hostile Work Environment (All Claimants Except Faith Pabon)**

**Question 1.**  Do you unanimously find that plaintiffs have proven by a preponderance of the evidence that defendants UHP/CCG are legally responsible for creating or maintaining a hostile work environment based on religion for the following claimants?

| Claimant | | |
|---|---|---|
| Sandra Benedict | ✓ YES | ___ NO *TM* |
| Danielle Diaz | ✓ YES | ___ NO *TM* |
| Jennifer Honohan | ✓ YES | ___ NO *TM* |
| Karen Josey | ✓ YES | ___ NO *TM* |
| Regina Maldari | ✓ YES | ___ NO *TM* |
| Elizabeth Ontaneda | ✓ YES | ___ NO *TM* |
| Cynthia Pegullo | ✓ YES | ___ NO *TM* |
| Francine Pennisi | ✓ YES | ___ NO *TM* |
| Elizabeth Safara | ✓ YES | ___ NO *TM* |

*TM*

1

<u>**Verdict Form**</u>

**Answer Question 2 *only if* the answer for any claimant in Question 1 is YES.**

**Question 2.** How much should each of the claimants be awarded for the hostile work environment they experienced? A claimant may not recover more than once for any damages she may have suffered for the same injury.

|  | <u>Compensatory Damages</u> | <u>Punitive Damages</u> |
|---|---|---|
| Sandra Benedict | $ 225,000.00 | $ 0 |
| Danielle Diaz | $ 190,000.00 | $ 400,000.00 |
| Jennifer Honohan | $ 570,000.00 | $ 0 |
| Karen Josey | $ 180,000.00 | $ 0 |
| Regina Maldari | $ 308,000.00 | $ 0 |
| Elizabeth Ontaneda | $ 590,000.00 | $ 900,000.00 |
| Cynthia Pegullo | $ 180,000.00 | $ 160,000.00 |
| Francine Pennisi | $ 248,000.00 | $ 381,000.00 |
| Elizabeth Safara | $ 80,000.00 | $ 0 |

*[signature]*

2

**Verdict Form**

B. **Disparate Treatment — Wrongful Termination (All Claimants Except Elizabeth Safara & Regina Maldari)**

Question 3. Do you unanimously find that plaintiffs have proven by a preponderance of the evidence that defendants UHP/CCG subjected the following claimants to termination that was motivated, at least in part, by the claimant's rejection of defendants' religious practices?

| Claimant | YES | NO |
|---|---|---|
| Sandra Benedict | ___ | ✓ |
| Danielle Diaz | ___ | ✓ |
| Jennifer Honohan | ___ | ✓ |
| Karen Josey | ___ | ✓ |
| Elizabeth Ontaneda | ___ | ✓ |
| Faith Pabon | ✓ | ___ |
| Cynthia Pegullo | ___ | ✓ |
| Francine Pennisi | ___ | ✓ |

*[signature]*

3

**Verdict Form**

**Answer Question 4 *only if* the answer for any claimant in Question 3 is YES.**

Question 4.   If you find by a preponderance of the evidence for any claimant that defendants have proven that defendants would have taken the same adverse action in the absence of a discriminatory motive, the amount of damages is $0. How much should each of the following claimants be awarded for the disparate treatment they experienced? A claimant may not recover more than once for any damages she may have suffered for the same injury.

|  | Compensatory Damages | Punitive Damages |
|---|---|---|
| Sandra Benedict | $ 0 | $ 0 |
| Danielle Diaz | $ 0 | $ 0 |
| Jennifer Honohan | $ 0 | $ 0 |
| Karen Josey | $ 0 | $ 0 |
| Elizabeth Ontaneda | $ 0 | $ 0 |
| Faith Pabon | $ 440,000.00 | $ 250,000.00 |
| Cynthia Pegullo | $ 0 | $ 0 |
| Francine Pennisi | $ 0 | $ 0 |

4

**Verdict Form**

C. **Additional Disparate Treatment (Elizabeth Ontaneda)**

Question 5. Do you unanimously find that plaintiffs have proven by a preponderance of the evidence that defendants UHP/CCG subjected Elizabeth Ontaneda to an adverse employment action other than termination that was motivated, at least in part, by Ms. Ontaneda's rejection of defendants' religious practices?

____ YES    ✓ NO

**Answer Question 6 *only if* the answer to Question 5 is YES.**

Question 6. If you find by a preponderance of the evidence for any claimant that defendants have proven that defendants would have taken the same adverse action in the absence of a discriminatory motive, the amount of damages is $0. How much should Elizabeth Ontaneda be awarded for the disparate treatment she experienced? A claimant may not recover more than once for any damages she may have suffered for the same injury.

|  | Compensatory Damages | Punitive Damages |
|---|---|---|
| Elizabeth Ontaneda | $ 0 | $ 0 |

5

<u>**Verdict Form**</u>

D. <u>**Additional Disparate Treatment (Francine Pennisi)**</u>

    Question 7.    Do you unanimously find that plaintiffs have proven by a preponderance of the evidence that defendants UHP/CCG subjected Francine Pennisi to an adverse employment action other than termination, that was motivated, at least in part, by Ms. Pennisi's rejection of defendants' religious practices?

        ___ YES        ✓ NO

    **Answer Question 8 *only if* the answer to Question 7 is YES.**

    Question 8.    If you find by a preponderance of the evidence for any claimant that defendants have proven that defendants would have taken the same adverse action in the absence of a discriminatory motive, the amount of damages is $0. How much should Francine Pennisi be awarded for the disparate treatment she experienced? A claimant may not recover more than once for any damages she may have suffered for the same injury.

| | <u>Compensatory Damages</u> | <u>Punitive Damages</u> |
|---|---|---|
| Francine Pennisi | $ 0 | $ 0 |

*[signature]*

<u>**Verdict Form**</u>

Question 9.  Do you unanimously find that plaintiffs have proven by a preponderance of the evidence that defendants UHP/CCG subject Francine Pennisi to an adverse employment action other than termination that was motivated, at least in part, by Ms. Pennisi's personal religious beliefs (Catholicism)?

    ___ YES                        _✓_ NO

**Answer Question 10 *only if* the answer to Question 9 is YES.**

Question 10. If you find by a preponderance of the evidence for any claimant that defendants have proven that defendants would have taken the same adverse action in the absence of a discriminatory motive, the amount of damages is $0. How much should Francine Pennisi be awarded for the disparate treatment she experienced? A claimant may not recover more than once for any damages she may have suffered for the same injury.

|  | <u>Compensatory Damages</u> | <u>Punitive Damages</u> |
|---|---|---|
| Francine Pennisi | $ 0 | $ 0 |

7

<u>**Verdict Form**</u>

Question 11. Do you unanimously find that plaintiffs have proven by a preponderance of the evidence that defendants UHP/CCG subjected Francine Pennisi to termination, that was motivated, at least in part, by Ms. Pennisi's personal religious beliefs (Catholicism)?

   \_\_\_ YES             \_0\_ NO

**Answer Question 12 *only if* the answer to Question 11 is YES.**

Question 12. If you find by a preponderance of the evidence for any claimant that defendants have proven that defendants would have taken the same adverse action in the absence of a discriminatory motive, the amount of damages is $0. How much should Francine Pennisi be awarded for the disparate treatment she experienced? A claimant may not recover more than once for any damages she may have suffered for the same injury.

| | <u>Compensatory Damages</u> | <u>Punitive Damages</u> |
|---|---|---|
| Francine Pennisi | $ 0 | $ 0 |

8

<u>Verdict Form</u>

E.  <u>Retaliation (Francine Pennisi)</u>

Question 13.  Do you unanimously find that plaintiffs have proven by a preponderance of the evidence hat defendants UHP/CCG retaliated against Francine Pennisi for engaging in a protected activity?

___ YES         ✓ NO

**Answer Question 14 *only if* the answer to Question 13 is YES.**

Question 14.  How much should Francine Pennisi be awarded in connection with the retaliation she experienced?  A claimant may not recover more than once for any damages she may have suffered for the same injury.

|   | <u>Compensatory Damages</u> | <u>Punitive Damages</u> |
|---|---|---|
| Francine Pennisi | $ 0 | $ 0 |

Dated: 4 / 25 / 2018
       (Month) (Date) (Year)

_____
Jury Foreperson