UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | x : : |
| Plaintiff, | : CASE NO. 1:14-CV-03673 (KAM) (JO) : |
| and | : : |
| ELIZABETH ONTANEDA, FRANCINE PENNISI, and FAITH PABON,, | : **DEFENDANTS' NOTICE OF MOTION** : **FOR JUDGMENT AS A MATTER OF** : **LAW AND FOR A NEW TRIAL OR, IN** : **THE ALTERNATIVE, FOR** |
| Plaintiff-Intervenors, | : **REMITTITUR** : |
| v. | : : |
| UNITED HEALTH PROGRAMS OF AMERICA, INC., and COST CONTAINMENT GROUP, INC., | : : : : |
| Defendants. | : : x |

PLEASE TAKE NOTICE that upon the Notice of Motion for Judgment As a Matter of Law and for a New Trial or, in the Alternative, for Remittitur, the Memorandum of Law in Support of Defendant's Motion for Judgment As a Matter of Law and for a New Trial or, in the Alternative, for Remittitur, and all other pleadings and proceedings had herein, Defendants United Health Programs of America, Inc. and Cost Containment Group, Inc. ("Defendants") through their counsel, Baker & Hostetler LLP, hereby respectfully move this Court, before the Honorable Judge Kiyo A. Matsumoto at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn New York 11201, Courtroom N6G, on a date to be determined by the Court, for an Order for

Judgment As a Matter of Law and for a New Trial or, in the Alternative, for Remittitur.

**WHEREFORE**, Defendants respectfully request that this Court grant their motion for Judgment As a Matter of Law and for a New Trial or, in the Alternative, for Remittitur.

Dated: February 25, 2019
New York, New York

    Respectfully submitted,

    s/ Amy J. Traub
    Amy J. Traub
    Amanda L. Van Hoose Garofalo
    Saima Z. Sheikh
    E-mail: atraub@bakerlaw.com
    E-mail: agarofalo@bakerlaw.com
    Email: ssheikh@bakerlaw.com
    **BAKER & HOSTETLER LLP**
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

    Patrick M. Muldowney
    E-mail: pmuldowney@bakerlaw.com
    **BAKER & HOSTETLER LLP**
    200 S. Orange Avenue, Ste. 2300
    Orlando, Florida 32801-0112
    Telephone: (407) 649-4000
    Facsimile: (407) 841-0168

    Dennis P. Duffy (*pro hac vice*)
    E-mail: dpduffy@bakerlaw.com
    **BAKER & HOSTETLER LLP**
    811 Main Street, Ste. 1100
    Houston, Texas 77002
    Telephone: (713) 646-1364
    Facsimile: (713) 751-1717

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2019, I served the foregoing Defendants' Motion for a New Trial and Remittitur via e-mail upon the following persons:

Nora E. Curtin
E-Mail: nora.curtin@eeoc.gov
Elizabeth Fox-Solomon
Email: elizabeth.fox.solomon@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
33 Whitehall Street, 5th Floor
New York, New York 10004

*Attorneys for Plaintiff*

Anthony G. Mango
E-Mail: amango@mandilaw.com
**MANGO & IACOVIELLO, LLP**
14 Penn Plaza, Suite 1919
New York, New York 10122

*Attorneys for Plaintiffs-Intervenors*

/s/ Amy J. Traub
Amy J. Traub